UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MONICA WRIGHT, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 3:19-cv-00953 |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) |  |
| Defendant. | ) |  |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 26). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE